Filing # 174490194 E-Filed 06/02/2023 01:16:47 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

DAK PROPERTY HOLDINGS, INC., *
      *
    Plaintiff, *
      *
vs. * CASE NO:
      *
INDEPENDENT SPECIALTY *
INSURANCE COMPANY and *
CERTAIN UNDERWRITERS AT *
LLOYD'S, LONDON, SUBSCRIBING *
TO CERTIFICATE NUMBER *
B604510568622021 *
      *
    Defendants. *

**COMPLAINT**

The Plaintiff, DAK Property Holdings, Inc. (hereinafter "Plaintiff"), by and through undersigned counsel, hereby files this Complaint against the Defendants, Independent Specialty Insurance Company and Certain Underwriters at Lloyd's, London, Subscribing to Certificate Number B604510568622021 (hereinafter collectively referred as "Defendants,"), and as grounds therefore state as follows:

1. This is an action for damages in excess of Fifty Thousand and One Dollars ($50,001.00), exclusive of interest, attorney fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. At all times material hereto the Defendants were and are foreign insurance syndicates duly authorized to do business under the laws of the state of Florida, and doing business in Lee County, Florida.

1

3. At all times material hereto the Plaintiff, a Florida corporation, owned the insured property located in Lee County, Florida, and is otherwise *sui juris*.

4. Jurisdiction and venue are proper in this Court as the insured property lies in and all of the actions giving rise to this Complaint have occurred in Lee County, Florida.

5. At all times material hereto, the Plaintiff was the titled property owner of certain real property located at 1520 Broadway, Ft. Myers, FL 33901.

6. The Defendants issued a Commercial Property Policy to the Plaintiff, Policy Number 2020-810443-03 (hereinafter referred to as the "Policy"), effective from March 13, 2022, through March 13, 2023, which provided coverage for direct physical damage to the subject risk. A copy of the Policy is attached hereto as Exhibit "A."

7. The Plaintiff timely paid all premiums due on the Policy and the Policy was in full force and effect at all times material to this action.

8. On or about September 28, 2022, the Plaintiff suffered damage to the subject risk, including but not limited to the roof, interior, dry wall, windows and molding, caused by a windstorm, Hurricane Ian.

9. The Plaintiff placed the Defendants on notice of the loss within the timeframe allowed for in the Policy. The Defendants acknowledged the claim and assigned claim number SDA22037420.

10. Thereafter, the Defendants commenced investigation on the claim, covered only a portion of the claim, undervalued the damage from those covered portions of the claim, and denied complete coverage and payment to the Plaintiff for its loss.

11. Although the Plaintiff satisfied all conditions and obligations of the Policy, the Defendants failed to acknowledge coverage for all the Plaintiff's damages and failed to make full payment to the Plaintiff for all the damages sustained in the September 28, 2022, loss.

12. Plaintiff provided Defendant Independent Specialty Insurance Company with the written Property Insurance Notice of Intent to Initiate Litigation, Notice Number 103704, on April 21, 2023, over ten business days before filing suit under the Policy pursuant to Fla. Stat. § 627.70152(3)(a). A copy of the Notice is attached hereto as Exhibit "B."

13. Plaintiff provided Defendant Certain Underwriters at Lloyds, London, Subscribing to Certificate Number B604510568622021 with the written Property Insurance Notice of Intent to Initiate Litigation, Notice Number 103705, on April 21, 2023, over ten business days before filing suit under the Policy pursuant to Fla. Stat. § 627.70152(3)(a). A copy of the Notice is attached hereto as Exhibit "C."

## COUNT I – BREACH OF CONTRACT

14. Plaintiff hereby adopts and re-alleges the allegations contained in paragraphs 1 through 13 above, and further states:

15. On or about September 28, 2022, the Plaintiff's property suffered damage from a windstorm, Hurricane Ian, including but not limited to the roof, interior, dry wall, windows and molding.

16. The damages sustained and resulting losses were covered under the Policy and no exclusions or policy conditions exist to bar coverage.

17. The Plaintiff reported the loss within the timeframe allowed for in the Policy and complied with all Policy conditions precedent to this action.

18. The Policy is a legal contract, enforceable in Florida and subject to Florida law.

19. Despite the Plaintiff's repeated demands, the Defendant has refused to acknowledge full coverage for all the Plaintiff's damages and pay all amounts due and owing under the Policy. Therefore, the Defendant is in material breach of the Policy.

20. As a direct result of Defendant's breach of the Policy, the Plaintiff suffered damages and the Plaintiff was compelled to retain undersigned counsel to represent its interests in this matter. The Plaintiff reached an agreement with counsel for the payment of attorney's fees and costs and is entitled to recover reasonable attorney's fees and costs pursuant to §627.428 and/or §626.9373 Fla. Stat., and §627.70152, Fla. Stat. in this case.

WHEREFORE, the Plaintiff, DAK Property Holdings, Inc., demands entry of judgment in the Plaintiff's favor and against the Defendants, Independent Specialty Insurance Company and Certain Underwriters at Lloyds, London, Subscribing to Certificate Number B604510568622021, for all proceeds due under the insurance Policy, pre- and post-judgment interest as allowed by law, reasonable attorney's fees and costs pursuant to Fla. Stat. §627.428 and/or §626.9373, and Fla. Stat. §627.70152, and for such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

29. The Plaintiff respectfully demands a trial by jury on all issues as triable as a matter of right.

Respectfully submitted this _2nd_ of _June_, 2023.

        **DEMILES LAW**
        Counsel for the Plaintiffs
        2700 N 29th Avenue, Suite 106
        Hollywood Florida 33020
        Office: (954)367-6029
        Fax: (954)827-6111
        Email: david@demileslaw.com

By: _/s/ David Benjamin_
        David Benjamin, Esq.
        Florida Bar No.: 15907